■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER LAUMANN, on Behalf of LUIS RIVAS, Petitioner, v JOSEPH PONTE, Respondent. [58 NYS3d 924]—Writ of habeas corpus in the nature of an application for bail reduction upon Queens County indictment Nos. 1205/17 and 1398/17 and to set reasonable bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Dillon, J.P., Cohen, Brathwaite Nelson and Iannacci, JJ., concur.